IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| CIRO CID ADAMES, #424362 | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-04-047 |
| | § | |
| TERRI FOSTER, ET AL. | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Order of Dismissal, the above-styled cause is **DISMISSED.**

This is a **FINAL JUDGMENT**.

**DONE** at Galveston, Texas, this the 7th day of September, 2006.

_____
Samuel B. Kent
United States District Judge